**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALI ALI-BEY**                                                                          **PLAINTIFF**

**v.**                                      **CASE NO. 4:24-CV-00180-BSM**

**STALEY ELECTRIC**                                                              **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE