### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALI ALI-BEY**                                                                                              **PLAINTIFF**

**v.**                                     **CASE NO. 4:24-CV-00180-BSM**

**STALEY ELECTRIC SERVICES, LLC**                                                **DEFENDANT**

### <u>ORDER</u>

Ali Ali-Bey's motion to alter or amend the judgment [Doc. No. 116] is denied. Staley Electric Services, LLC's motion for order on its bill of costs [Doc. No. 115] is granted. Staley requests $1,718 in costs for deposition transcripts, $33.15 in costs for copies, and $9.25 in costs for delivering documents to the clerk's office. Ali-Bey states that it should be noted in making a decision that he was proceeding *in forma pauperius* and awarding Staley $1,760.40 would impose financial hardship on him. Ali-Bey's *in forma pauerius* status was, however, revoked. Therefore, Staley is awarded $1,760.40 in costs. *See* 28 U.S.C. § 1920. Ali-Bey's motion to defer taxation [Doc. No. 119] is denied.

IT IS SO ORDERED this 14th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE